# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WILLIAM CECIL BAXTER,**

    Plaintiff,

vs.                             Case No. 4:09cv74-SPM/WCS

**CLIFFORD ADAM, et al.,**

    Defendants.

_____/

## FIFTH REPORT AND RECOMMENDATION

The remaining Defendants Clark, Franklin, and Bennett-Blake, have filed a notice stating that Plaintiff will release all claims against those Defendants, leaving only the pending claim against Defendant Rick Coleman. Doc. 144. The notice is a motion for a stipulated dismissal pursuant to FED. R. CIV. P. 41(a)(ii).

It is hereby **RECOMMENDED** that the motion for stipulated dismissal, doc. 144, be **GRANTED**, that the claims against Defendants Clark, Franklin, and Bennett-Blake be **DISMISSED,** and this case **REMANDED** for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on February 1, 2011.

                                      s/     William C. Sherrill, Jr.
                                      **WILLIAM C. SHERRILL, JR.**
                                      **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**