UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM CECIL BAXTER,

    Plaintiff,

v.                              CASE NO.: 4:09-cv-74-SPM-WCS

CLIFFORD ADAM, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Sixth Report and Recommendation (doc. 163). The Parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed an objection (doc. 166), and I have conducted a de novo review of the sections of the report to which objections have been made. Upon consideration, I find that the Plaintiff's objection is without merit. The Report and Recommendation is correct and should be adopted.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 163) is *adopted* and incorporated by reference into this order.

2.     Defendant Coleman's Motion for Summary Judgment (doc. 126) is

***granted***.

DONE AND ORDERED this <u>first</u> day of June, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge